Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of bicycle tires the same in all material respects as the automobile tires the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.

No. 65661.—Frederik Lunning, Inc. *v.* United States, protest 60/22013 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 65662.—C. M. Lurch Food Prod. Co., Inc. *v.* United States, protest 271034–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65663.—Catz American Co., Inc. *v.* United States, protests 282547–K, 282549–K, and 282562–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65664.—W. Y. Moberly, Inc. *v.* United States, protests 330061–K, etc. (Great Falls).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.